THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD BENJAMIN WHITE,<br><br>                    Plaintiff,<br><br>        v.<br><br>MONROE CORRECTIONAL COMPLEX INTENSIVE MANAGEMENT UNIT,<br><br>                    Defendant. | CASE NO. C23-1221-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable David W. Christel, U.S. Magistrate Judge, and finding no timely objection, hereby ORDERS as follows:

1. The Court ADOPTS the R&R (Dkt. No 7) and DISMISSES the case without prejudice for failing to follow a court order and/or providing the Court with a servable complaint;

2. The Clerk is DIRECTED to count this dismissal as a strike under 28 U.S.C. § 1915(g); and

3. The Clerk is DIRECTED to send a copy of this order to Plaintiff and to Judge Christel.

//

DATED this 13th day of November 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-1221-JCC
PAGE - 2